AMERICAN MERCURY INSURANCE COMPANY, PLAINTIFF-RESPONDENT, v. CHARLOTTE R. BIFULCO, *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below: 74 *N. J. Super.* 191.

*Messrs. Eber & Eber* for the petitioners.

*Messrs. Kasen, Schnitzer & Kasen* for the respondent.

June 29, 1962. Granted.